# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

MORGAN MICHELLE HOKE

)
)
) CR NO: **2 0 8 - MJ - 0 0 8 0   EFB**
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum         ☐ Ad Testificandum.

Name of Detainee:     **MORGAN MICHELLE HOKE**

Detained at (custodian):     **Century Regional Detention Facility**

Detainee is:   a.)   ☒ charged in this district by:
               ☐ Indictment       ☐ Information       ☒ Complaint
               Charging Detainee With:   **Bank Robbery**

  or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☒ return to the custody of detaining facility upon termination of proceedings
  or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is
              currently being served at the detaining facility

*Appearance is necessary __Forthwith__ in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: <u>Michelle Rodriguez</u>   <u>(916) 554-2773</u>
Attorney of Record for:   <u>United States of America</u>

## WRIT OF HABEAS CORPUS
    ☐ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to
be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named
custodian.

<u>3 – 5 – 2008</u>
Date _____          _____
                        United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____     Male ☐   Female ☒

Booking or CDC #: <u>Booking #1177438</u>     DOB: <u>1986</u>

Facility Address: <u>11705 Alameda Street</u>     Race: _____

<u>Lynwood, CA</u>     FBI #: _____

Facility Phone: <u>(213) 473-6080</u>

Currently Incarcerated For:   Bank Robbery (Texas)

### RETURN OF SERVICE

Executed on _____ by _____      _____
                                               (Signature)

Form Crim-48                                                            Revised 11/19/97