# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO:     2:08-CR-00106 MCE
  )
MORGAN MICHELLE HOKE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee:     **MORGAN MICHELLE HOKE**

Detained at (custodian):     **Century Regional Detention Facility**

Detainee is:    a.)    ☒ charged in this district by:
                 ☒ Indictment     ☐ Information     ☐ Complaint
                 Charging Detainee With:    **Bank Robbery, 18 U.S.C. 2113(a)**

    or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ☐ return to the custody of detaining facility upon termination of proceedings
    or    b.)    ☒ be retained in federal custody until final disposition of federal charges.

*Appearance is necessary* **Forthwith** *in the Eastern District of California.*

         Signature:    /s/ Michelle Rodriguez
         Printed Name & Phone No: **Michelle Rodriguez    (916) 554-2773**
         Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
     ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 05/15/08                        /s/ Gregory G. Hollows
hoke.ord                                 United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☐ | Female ☒ |
| Booking or CDC #: | Booking #1177438 | DOB: | 1986 |
| Facility Address: | 11705 Alameda Street | Race: | |
| | Lynwood, CA | FBI #: | |
| Facility Phone: | (213) 473-6080 | | |
| Currently Incarcerated For: | Bank Robbery (Texas) | | |

### RETURN OF SERVICE

Executed on _____ by _____     _____
                                                                  (Signature)