1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8

9
                  IN THE UNITED STATES DISTRICT COURT FOR THE
10
                        EASTERN DISTRICT OF CALIFORNIA
11

12 UNITED STATES OF AMERICA,     )
                                 )    No. 2:08-cr-00106-MCE
13             Plaintiff,        )
        v.                       )
14 MORGAN MICHELLE HOKE,         )
                                 )
15             Defendant.        )
   _____)
16 UNITED STATES OF AMERICA,     )
                                 )    No. 2:08-cr-00276-FCD
17             Plaintiff,        )
        v.                       )    **MOTION TO RELATE CASES**
18 MORGAN MICHELLE HOKE,         )    **AND PROPOSED ORDER**
                                 )
19             Defendant.        )
20 _____)

21                           **NOTICE AND MOTION**

22      HEREBY, under Local Rule 83-123(3) & (4), the United

23 States notifies the Court of the filing of a related case.

24 HEREBY FURTHER, the United States moves the latter case, CR. S-08-

25 276-FCD, be related with an earlier filed case, CR. S-08-106-MCE.

26 ///

27 ///

28 ///

                                    1

**MEMORANDUM IN SUPPORT**

On March 6, 2008, an Indictment was filed in the Eastern District of California initiating CR. S-08-106-MCE. The Indictment in CR. S-08-106-MCE charged HOKE as follows: 18 U.S.C. § 2113(a) - Bank Robbery.

On June 16, 2008, an Information was filed initiating CR. S-08-276-FCD. The Information in CR. S-08-276-FCD charged HOKE with an additional count of bank robbery in violation of 18 U.S.C. § 2113(a). The Information charged an offense that was committed in the Western District of Texas.

By this motion, the United States submits that the latter charged Information against HOKE, Cr. 08-276-FCD, should be related before Judge England with the earlier charged Indictment against HOKE, Cr. 08-106-MCE. In each case the identical defendant (HOKE) is charged; also, in each case there are similar victims (federally insured financial institutions), similar witnesses, and a similar modus operandi. Moreover, HOKE, by and through her retained counsel (Joseph H. Low, Esq.), specifically requests that the cases be related before the same judicial officer.

As to the Information in CR. S-08-276-FCD, HOKE (again through her counsel) requests (1) to waive venue and jurisdiction in the Western District of Texas, (2) to consent to venue and jurisdiction in the Eastern District of California, (3) to waive indictment in the Eastern District of California, and (4) to enter a guilty plea, among other charges, fully as charged in the Information (CR. S-08-276-FCD) in the Eastern District of California.

///

///

1  Also, HOKE (through her counsel) requests to resolve the
2  Information in CR. S-08-276-FCD at the time she resolves, among
3  other charges, the Indictment in CR 08-106-MCE.  On July 24, 2008,
4  the indicted case, CR 08-106-MCE, is scheduled (before Judge
5  England) for status hearing/change of plea hearing.

## CONCLUSION

ACCORDINGLY, the United States -- having represented that in CR. S-08-106-MCE and CR. S-08-276-FCD there is the same defendant, and there are related evidence issues, sentencing issues, and similar witness concerns -- respectfully moves for relation of the latter case (CR 08-276-FCD) with the earlier case (CR 08-106-MCE) already before the previously assigned judicial officer (Judge England).  For the reasons set forth herein, such relation of cases would help defense counsel, victims, and witnesses deal with prosecutorial and judicial burdens.  In addition, relating the latter case (charged by Information) with the EARLIER case (charged by Indictment) would be efficient for the U.S. Probation Office.

Dated: 6/16/2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

///
///
///
///
///
///

3

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-08-106-MCE, and the criminal action in CR. NO. S-08-276-FCD reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve similar transactions, including as to defendant, victims, and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-08-276-FCD is reassigned to Judge England, for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "MCE" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: June 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE